IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PINK FLOYD (1987) LIMITED, | |
| Plaintiff, | Civil Action No.: 1:24-cv-03279 |
| v. | Judge Martha M. Pacold |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Beth W. Jantz |
| Defendants. | |

## PLAINTIFF'S MOTION TO SEVER DEFENDANT PARTHIMPEX

Pursuant to Fed. R. Civ. P. 21, Plaintiff, PINK FLOYD (1987) LIMITED ("PFL" or "Plaintiff"), respectfully requests that this Court sever Defendant No. 186 parthimpex ("Defendant" or "parthimpex") into a separate, related case. Plaintiff requests that the Court direct the Clerk to open a new case and place the documents at Docket Nos. 1-11, 25, and 28, to the docket of the new case. The new case should list only parthimpex as the named defendant and be assigned to this Court as related to this case (24-cv-03279). *See Zinkia Entertainment v. The Partnerships, et. al*., No. 23-cv-00780 (N.D. Ill. Feb. 3, 2023) (Pacold, J.). Plaintiff will then pay the filing fees for the new lawsuit, and file an Amended Complaint as to the Defendant in the new lawsuit within twenty-one (21) days of the new lawsuit being opened. *Id*.

As for the rest of the Defendants who remain in this case, Plaintiff has previously filed a Motion for the Entry of Default and Default Judgment [39]. Once the Court severs Defendant parthimpex and grants Plaintiff's Motion [39] against the remaining Defendants, this action can be terminated.

DATED: June 17, 2024          Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 West Jackson Boulevard, #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

  I hereby certify that on June 17, 2024, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send an email to all registered parties of record.

               */s/ Keith A. Vogt*
               Keith A. Vogt